# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WANDA HULSEY, | Case No. CV 10-06036 DMG (AJWx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| BURLINGTON COAT FACTORY, | |
| Defendant. | |

Pursuant to the Court's Order Granting Defendant's Motion for Summary Judgment, entered concurrently herewith, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Defendant Burlington Coat Factory of California, LLC and against Plaintiff Wanda Hulsey, who shall take nothing.

**IT IS SO ORDERED**.

DATED: June 20, 2011

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-